**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MG
F. #2026R00336

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 5, 2026

By Email

The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Andrew Reyes
Criminal Docket No. 26-306 (DLI)

Dear Judge Kaminsky:

The defendant has been arrested, and the government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Miranda Gonzalez
Miranda Gonzalez
Assistant U.S. Attorney
(718) 254-6183

Enclosure

cc: Clerk of Court (by Email)